UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE MCNAUGHTON,<br><br>                           Plaintiff,<br><br>              v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                           Defendant. | 23-CV-1751 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The initial pretrial conference scheduled for December 19, 2023, at 11:00 a.m. EST is ADJOURNED *sine die*.  The civil case management plan and scheduling order will be adopted in a separate order.

If the parties believe that they would benefit from a settlement conference before the assigned Magistrate Judge or the District's Mediation Program, they should file a joint letter-motion seeking such relief, in which case an appropriate reference will be made.

SO ORDERED.

Dated: December 13, 2023
       New York, New York

                                                  DALE E. HO
                                       United States District Judge