

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**     Tel: 718-740-1000
Email: abdul@abdulhassan.com     Fax: 718-740-2000
*Employment and Labor Lawyer*     Web: www.abdulhassan.com

July 1, 2024

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

         Re: **McNaughton v. United Parcel Service, Inc.**
         Case No: 23-CV-01751 (DEH)(BCM)
         Case No: 24-CV-00610 (DEH)(BCM)
         Status Report

Dear Judge Ho:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the July 1, 2024 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement paperwork.  No prior request for an extension of this deadline was made.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC
_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq.

**Cc: Defense Counsel via ECF**

Application **GRANTED**.

The parties shall file their materials for judicial approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 19 (2d Cir. 2015), by **July 17, 2024**.

The Clerk of Court is directed to close ECF No. 40.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 2, 2024
New York, New York