UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWAYNE MCNAUGHTON,<br><br>                     Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                     Defendant(s). | 23-CV-1751 (DEH);<br>24-CV-610 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      On November 4, 2024, the Court approved as fair and reasonable the parties' settlement agreement and instructed Defendants to delivery payment by November 24 and Plaintiff to file a stipulation of dismissal by November 31, 2024.  *See* 23 Civ. 1751, ECF No. 45; 23 Civ. 610, ECF No. 30.  By **January 10, 2025**, Plaintiff is instructed to either file the stipulation of dismissal or to file a letter, jointly with Defendant, requesting an extension of time for the parties to consummate their settlement agreement.

      SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                                  DALE E. HO
                                   United States District Judge